UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEIRDRE NEWSOM,

                Plaintiff,

    -against-

AMERICAN AIRLINES, INC.,

                Defendant.

23-CV-5889 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the September 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 6, 2023
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge