| | |
|---|---|
| Deirdre Newsom, <br><br> *Plaintiffs,* <br><br> vs. <br><br> AMERICAN AIRLINES, INC. <br><br> *Defendants.* | IN THE UNITED STATES DISTRICT COURT <br><br> FOR THE SOUTHERN DISTRICT OF NEW YORK DIVISION <br><br><br> Civil Action: 1:23-cv-05889 <br><br> **Request for Seal** |

To The Honorable Chief Judge Laura Taylor Swain,

I am writing you to respectfully request Civil Action 1:23-cv-05889 to be filed under seal to exercise my right to privacy and protect my personal information.

Respectfully submitted,

Deirdre Newsom         2/10/2024

RECEIVED FEB 16 2024 PRO SE OFFICE