UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEIRDRE NEWSOM,<br><br>       Plaintiff,<br><br>  -against-<br><br>AMERICAN AIRLINES, INC.,<br><br>       Defendant. | 23-CV-5889 (LTS)<br><br>BAR ORDER UNDER<br>28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff filed this action *pro se*. On September 6, 2023, the Court dismissed the action because Plaintiff did not pay the fees required to bring an action in this court or request that the fees be waived. Over five months later, on February 16, 2024, Plaintiff asked the Court to place this action under seal. The Court denied the request on February 27, 2024, and informed Plaintiff that the only documents submitted for filing in this action that the court would accept in the future would be documents directed to the United States Court of Appeals for the Second Circuit. Unheeded, Plaintiff sent to the Clerk of Court, by facsimile, two requests to restrict access to this closed case. Thus, on April 2, 2024, the Court ordered Plaintiff, within thirty days, to show cause by declaration why she should not be barred under 28 U.S.C. § 1651, from filing any further documents in this action, except documents directed to the Court of Appeals. Plaintiff has not filed a declaration as directed. Accordingly, the bar order will issue.

## CONCLUSION

  The Court hereby bars Plaintiff from filing further documents in this action, except documents directed to the Court of Appeals. *See* 28 U.S.C. § 1651. Any further documents Plaintiff submits for filing in this action that are not directed to the Court of Appeals will be destroyed. The Clerk of Court is directed to terminate any motions in this case.

2

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  May 14, 2024
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge